IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA


JAMES TOMKO,                          )
                                      )
            Plaintiff(s),             )            8:05cv3129
                                      )
        v.                            )
                                      )
QUALITY RAIL SERVICES, ET AL.,        )
                                      )            ORDER
            Defendant(s),             )


IT HEREBY IS ORDERED:

    Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by June 13, 2005,  file their Report of Parties' Planning Conference.


DATED May 25, 2005.



                        /s/  David L. Piester

                        United States Magistrate Judge