IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES TOMKO, | ) | |
| | ) | |
| Plaintiff(s), | ) | 8:05cv3129 |
| | ) | |
| v. | ) | |
| | ) | |
| QUALITY RAIL SERVICES, ET AL., | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by June 13, 2005, file their Report of Parties' Planning Conference.

DATED May 25, 2005.

/s/ *David L. Piester*

United States Magistrate Judge