```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA

JAMES TOMKO,                      )
                                  )
              Plaintiff,          )         4:05CV3129
                                  )
         v.                       )
                                  )
QUALITY RAIL SERVICES LLC,        )         ORDER
and QUALITY RAIL SERVICES,        )
                                  )
              Defendants.         )
                                  )
```

IT IS ORDERED:

The unopposed oral motion of plaintiff is granted and the deadline for filing the parties' Rule 16 planning conference report is extended to June 15, 2005.

DATED this 13th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge